# MEMORANDUM

**DATE:**   August 1, 2005

**TO:**   Deputy Clerk
Miscellaneous Business Docket

**FROM:**   Tricia L. Desingco
Financial Litigation Unit
U.S. Attorney's Office

**RE:**   <u>U.S. v. HEMCHANDRA TIWARI</u>

Attached is a certified copy of the above Judgment that was entered in Middlesex Superior Court.

Please register the Judgment in this district; issue an MBD Number; annotate the MBD number on the bottom of this form; and return this form to my attention. The judgment debtor presently resides at 44 Wilmington Road, Burlington, MA 01803.

Please note that pursuant to 28 U.S.C. § 1963, the United States no longer has to file a CIV 101 with its request to register a judgment; we just need to file a certified and attested copy of the judgment.

If you have any questions, please contact me at (617) 748-3308. Thank you for your attention to this matter.

Attachment


MBD No. _____

Dated:   _____

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

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX.ss

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
DOCKET NO. 02-04093

SALLIE MAE SERVICING, L.P.
    Plaintiff,

v.

HEMCHANDRA TIWARI
    Defendant

~~PROPOSED~~
JUDGMENT

This action came for hearing before the Court, <u>Geraldine S. Hines, Justice</u>, presiding, and the issues having been duly heard and findings having duly rendered,

It is Ordered and Adjudged,

that the Plaintiff, Sallie Mae Servicing, L.P., recover of the defendant, Hemchandra Tiwari, the sum of $24,485.39, together with interest in the sum $5,239.59 plus additional interest from the date of demand to September 23, 2003 in the sum of $1,003.80, for a total of $30,728.78, plus court costs.

Dated at Cambridge, Massachusetts, this 10th day of November, 2003

*Geraldine S. Hines*
~~Clerk of Court~~
Justice of the Superior Court

---

MIDDLESEX, ss. **Commonwealth of Massachusetts**

SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT

In testimony that the foregoing is a true copy on file and of record made by photographic process, I hereunto set my hand and affix the seal of said Superior Court this thirteenth day of May 2004.

_Karen A. O'Connor_
Deputy / Assistant Clerk

RECEIVED

**SallieMaeServicing**

PO BOX 6228
INDIANAPOLIS IN 46206                                         (800) 251-4127

CLERK OF CT MIDDLESEX SUP CT
40 THORNDIKE ST
CAMBRIDGE           MA   02141-1715


Dear CLERK OF CT MIDDLESEX SUP CT,                              06/08/04

### ASSIGNMENT OF JUDGMENT

I, DIANE E KLINGES, representing the Student Loan
Marketing Association/Loan Servicing Center/Pennsylvania (Sallie Mae) of
220 Lasley Avenue, City of Wilkes-Barre, County of Luzerne, State of
Pennsylvania, in consideration of the sum of $30,728.78, receipt of
which is acknowledged, paid to me by the United States of America, the
assignee, hereby assign the judgment, recovered by Sallie Mae
on 11/10/03, docketed in MIDDLESEX, Case No. 02-04093,
against  HEMCHANDRA TIWARI,  for $30,728.78 (amount of
judgment, indicating treatment of interest, court costs, and attorney's
fees, if appropriate).

Assign or authorizes the United States of America to ask, demand, and
receive, and to sue out executions and take all lawful ways for recovery
of the money due or to become due on this judgment.

Assignor has not done and will not do anything to hinder or prevent the
United States of America from enforcing this judgment.

The Servicing Center/Pennsylvania address is:  P.O. Box 9400,
Wilkes-Barre, PA 18733-9400.  Phone:  (570) 821-3600.

The DHHS address is: Department of Health and Human Services, Debt
Management Branch, 5600 Fishers Lane, Room 2-B-60, Rockville, MD  20857,
(301) 443-1782.

I have executed this assignment at Loan Servicing Center/Pennsylvania
the  8TH of JUNE, 2004.

_Diane E Klinges_
                                                    (Signature)

Sworn before me this __9__ day of __June__, 20_04_.

_Diane E Klinges_       Affiant _✓_ is known to me personally
                                ___ provided valid identification
                                Type of identification provided:

My commission expires __5/5/07__.  _Amanda Picketts_
                                    NOTARIAL SEAL
                                    Amanda J. Picketts
                                    Wilkes Barre, County of Luzerne
                                    My Commission Expires 5/5/07

PHONE (800) 251-4127   •   FAX (800) 848-1949   •   TDD/TTY (888) 833-7562   •   24 HRS/7 DAYS

56185598



L100   LPDEK1   4880